No. 15-25-00021-CV

ACCEPTED
15-25-00021-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
11/21/2025 3:30 PM
CHRISTOPHER A. PRINE
CLERK

In the Fifteenth Court of Appeals
Austin, Texas

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
11/21/2025 3:30:34 PM
CHRISTOPHER A. PRINE
Clerk

PFIZER INC. and TRIS PHARMA, INC.,
Petitioners/Defendants,
v.
The STATE OF TEXAS and TARIK AHMED,
Respondents/Plaintiffs.

Permissive appeal from the 71st Judicial District Court, Harrison County, Texas

**Unopposed Motion to Dismiss Appeal**

Pursuant to Texas Rule of Appellate Procedure 42.1(a)(1), Defendants Pfizer Inc. and Tris Pharma, Inc. hereby respectfully move this Court to dismiss the above-captioned appeal. All parties have reached an agreed resolution of this matter, and the civil action underlying this permissive interlocutory appeal was voluntarily non-suited with prejudice on November 20, 2025. Plaintiffs the State of Texas, by and through the Attorney General of Texas, Ken Paxton, and Relator Tarik Ahmed do not oppose the relief requested herein.

Accordingly, Defendants respectfully request that the Court grant this motion and dismiss this appeal.

Respectfully submitted,


/s/    William E. Lawler III

**GILLAM & SMITH LLP**
Harry "Gil" Gillam, Jr.
Texas Bar. No. 07921800
Tom Gorham
Texas Bar. No. 24012715
303 S. Washington Ave.
Marshall, TX 75670
gil@gillamsmithlaw.com
tom@gillamsmithlaw.com
(903) 934-8450


**BLANK ROME LLP**
William E. Lawler III
D.C. Bar No. 398951
1825 Eye Street NW
Washington, DC 20006
wlawler@blankrome.com
(202) 420-5460

Huaou Yan (admitted *pro hac vice*)
PA Bar No. 324705
One Logan Square, 130 North 18th St
Philadelphia, PA 19103
huaou.yan@blankrome.com
(215) 569-5449


**COUNSEL FOR DEFENDANT TRIS
PHARMA, INC.**

/s/    Samantha B. Badlam

**FOLEY & LARDNER LLP**
Edward D. Burbach
Texas Bar No. 03355250
600 Congress, Suite 3000
Austin, TX 78701
eburbach@foley.com
(512)542-7070


**THE VAL JONES LAW FIRM**
George Valton ("Val") Jones
State Bar No. 10888050
109 West Austin St.
Marshall, TX 75670-3340
val@valjoneslaw.com
(903) 927-2220


**ROPES & GRAY LLP**
Samantha Barrett Badlam
(admitted *pro hac vice*)
Stefan P. Schropp
(admitted *pro hac vice*)
2099 Pennsylvania Ave., N.W.
Washington, DC 20006-6807
samantha.badlam@ropesgray.com
stefan.schropp@ropesgray.com
(202) 508-4734
(202) 508-4883


**COUNSEL FOR DEFENDANT
PFIZER INC.**


Date: November 21, 2025

## CERTIFICATE OF COMPLIANCE

I certify that this document complies with the length limit of Tex. R. App. P. 9.4(i)(2)(B) because the relevant portion contains no more than 93 words.

_/s/_     _Samantha B. Badlam_
Samantha B. Badlam

# CERTIFICATE OF CONFERENCE

I certify that, pursuant to Tex. R. App. P. 10.1(a)(5), I conferred with counsel for the State of Texas and for Relator Tarik Ahmed, who indicated their clients would not oppose the request for relief.

/s/ *Samantha B. Badlam*
Samantha B. Badlam

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Jesse Gonzalez on behalf of Edward Burbach
Bar No. 3355250
Jesse.Gonzalez@ropesgray.com
Envelope ID: 108350960
Filing Code Description: Motion
Filing Description: Unopposed Motion to Dismiss Appeal
Status as of 11/21/2025 3:49 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Earl Thames | 785097 | Glennthames@potterminton.com | 11/21/2025 3:30:34 PM | SENT |
| Harry Gillam | 7921800 | gil@gillamsmithlaw.com | 11/21/2025 3:30:34 PM | SENT |
| Andrew Gorham | 24012715 | tom@gillamsmithlaw.com | 11/21/2025 3:30:34 PM | SENT |
| Jonathan Bonilla | 24073939 | Jonathan.Bonilla@hhs.texas.gov | 11/21/2025 3:30:34 PM | SENT |
| Jordan Underhill | 24102586 | junderhill@sirillp.com | 11/21/2025 3:30:34 PM | SENT |
| Stacy Obenhaus | | sobenhaus@foley.com | 11/21/2025 3:30:34 PM | SENT |
| Nadia Burns | 24041176 | nadia.burns@oag.texas.gov | 11/21/2025 3:30:34 PM | SENT |
| Paige Cheung | 24116193 | paige.cheung@oag.texas.gov | 11/21/2025 3:30:34 PM | SENT |
| Wolfgang PHirczy de Mino | | wphdmphd@gmail.com | 11/21/2025 3:30:34 PM | SENT |
| Jason T.Brown | | jtb@jtblawgroup.com | 11/21/2025 3:30:34 PM | SENT |
| Patrick S.Almonrode | | patalmonrode@jtblawgroup.com | 11/21/2025 3:30:34 PM | SENT |
| Michael E.Jones | | mikejones@potterminton.com | 11/21/2025 3:30:34 PM | SENT |
| Kristin Hernandez | | kristin.hernandez@foley.com | 11/21/2025 3:30:34 PM | SENT |
| M'Liss Hindman | | mliss.hindman@blankrome.com | 11/21/2025 3:30:34 PM | SENT |
| William E.Lawler, III | | william.lawler@blankrome.com | 11/21/2025 3:30:34 PM | SENT |
| Vivian Egbu | | vivian.egbu@oag.texas.gov | 11/21/2025 3:30:34 PM | SENT |
| Bobbye Pyke | | Bobbye.Pyke@blankrome.com | 11/21/2025 3:30:34 PM | SENT |
| Huaou Yan | | huaou.yan@blankrome.com | 11/21/2025 3:30:34 PM | SENT |
| Stefan Schropp | | stefan.schropp@ropesgray.com | 11/21/2025 3:30:34 PM | SENT |
| Samantha BarrettBadlam | | samantha.badlam@ropesgray.com | 11/21/2025 3:30:34 PM | SENT |
| Edward Burbach | | eburbach@foley.com | 11/21/2025 3:30:34 PM | SENT |
| George Valton | | val@valjoneslaw.com | 11/21/2025 3:30:34 PM | SENT |
| Lauren Sibley | | lauren.sibley@oag.texas.gov | 11/21/2025 3:30:34 PM | SENT |
| Diana Arias | | diana@gillamsmithlaw.com | 11/21/2025 3:30:34 PM | SENT |
| Rosa Ferguson | | rosa@gillamsmithlaw.com | 11/21/2025 3:30:34 PM | SENT |

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Jesse Gonzalez on behalf of Edward Burbach
Bar No. 3355250
Jesse.Gonzalez@ropesgray.com
Envelope ID: 108350960
Filing Code Description: Motion
Filing Description: Unopposed Motion to Dismiss Appeal
Status as of 11/21/2025 3:49 PM CST

Case Contacts

| Rosa Ferguson | | rosa@gillamsmithlaw.com | 11/21/2025 3:30:34 PM | SENT |
|---|---|---|---|---|
| Olivia Arias | | olivia@gillamsmithlaw.com | 11/21/2025 3:30:34 PM | SENT |
| Paige Cheung | | paige.cheung@oag.texas.gov | 11/21/2025 3:30:34 PM | SENT |
| Pfizer Case Team | | QXRTXQuiTamAssociates&Paralegals@ropesgray.com | 11/21/2025 3:30:34 PM | ERROR |
| Lit Docket MCO | | LitDocketInformationGovernance@ropesgray.com | 11/21/2025 3:30:34 PM | SENT |